1
2
3
4
5
6
7
8      **IN THE UNITED STATES DISTRICT COURT**
9     **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11 TONY AUSTIN GANT,       No. 2:15-cv-0790-MCE-CMK
12    Plaintiff,
13   vs.          <u>ORDER</u>
14 UNITED STATES OF AMERICA,
15    Defendant.
16 _____/

17    Plaintiff, proceeding in propria persona, originally filed this civil action in the

18 Superior Court of California, County of Shasta.  Defendant removed this action from the state

19 court on April 10, 2015.  Pending before this court is defendant's motion to dismiss (Doc. 5).  No

20 opposition to the pending motion has been filed.  Therefore, pursuant to Eastern District of

21 California Local Rule 230(c), the hearing scheduled for June 10, 2015, at 10:00 a.m. before the

22 undersigned in Redding, California, is hereby taken off calendar and the matter submitted on the

23 record and briefs without oral argument.

24    In addition, the address plaintiff used on his original complaint appears to no

25 longer be a current address for plaintiff, as mail sent to that address has been returned.

26 Defendant indicates that mail sent to an alternate address, in the care of an individual presumed

to be plaintiff's wife, has not been returned.  Therefore, the Clerk of the Court is directed to send

a copy of this order to plaintiff at his address of record as well as to the following address:

> Tony Austin Gant
> c/o April Gant
> 2171 Market Street, Room 24
> Redding, CA 96001

Plaintiff is informed that pursuant to Local Rule 182(f), he is required to inform

the court and all other parties of any address change. Absent a notice of change of address,

service of documents at the prior address is fully effective.

IT IS SO ORDERED.

DATED:  June 5, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE